JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARTURO BELTRAN-GARCIA,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, FACILITY ADMINISTRATOR GEO GROUP INC. et al.,<br>Respondent. | Case No. 5:26-cv-03667-SSS-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED in part.** Respondents are **ORDERED** to provide **Jose Arturo Beltran-Garcia (A# 246-058-680)** ("Petitioner") with an individualized bond hearing before a neutral Immigration Judge no later than November 12, 2026, or release Petitioner if such hearing is not timely provided (except that if Petitioner requests a delay, then the hearing may be provided beyond the deadline and Respondents shall grant any reasonable request for delay). At the bond hearing, the Government must bear the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of

the community (the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.).

Dated: November 10, 2026

SUNSHINE SUZANNE SYKES
United States District Judge